IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

    Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

    Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **August 23, 2012, at 10:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 16, 2012.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend. It is

FURTHER ORDERED that counsel for the defendant Slifer Smith & Frampton/Vail Associates Real Estate, LLC, shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

Dated: July 18th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge