IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

    Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

    Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

Pursuant to the Stipulated - Joint Motion to Amend Scheduling Order [37] filed May 30, 2013, it is

ORDERED that deadlines are extended as follows:

| | |
|---|---|
| a. Fact Discovery Cut Off | September 13, 2013 |
| b. Written Discovery to be served no later than | August 9, 2013 |
| c. Expert Designation | October 1, 2013 |
| d. Expert Rebuttal Designation | November 1, 2013 |
| e. Expert Deposition Deadline | December 6, 2013 |
| f. Dispositive Motion Deadline | December 20, 2013. |

Dated: May 30th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge