IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

      Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

      Defendants.

_____

ORDER DENYING MOTION TO COMPEL
_____

On May 3, 2013, Defendant RCR Vail, LLC, filed a motion to compel discovery responses [34]. It was joined by the other defendants on May 14, 2013, [35]. The plaintiff filed its response on May 24, 2013, [36] and the moving defendant filed a reply on June 10, 2015 [39]. On review of these papers, it is

ORDERED that the motion is denied.

Dated:   July 15th, 2013

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____

                                                  Richard P. Matsch, Senior District Judge