IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

     Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

     Defendants.

_____

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER
_____

Upon consideration of the Second Stipulated Joint Motion to Amend Scheduling Order [43], it is

ORDERED that certain deadlines are extended as follows:

a.     Fact Discovery Cut Off for conducting of RCR Vail F.R.C.P. 30(b)(6) Deposition only as well as any other discovery by any Party – both written and depositions – that arises or becomes apparent or is reasonably necessitated as a result of or in relation to the F.R.C.P. 30(b)(6) deposition of RCR Vail or Plaintiff VRC, but the parties all acknowledge that the scope and limitations on discovery are not extended beyond those set forth in the Scheduling Order – *45 days after the Court's Ruling on the Plaintiff's Motion to Compel;*

b.     Completion of Supplemental or Amended Written Discovery Responses other than as referenced in Section 5(a) above- *November 8, 2013;*

c.     Fact Discovery that arises based solely upon supplements to Written Discovery other than as referenced in Section 5(a) above – December *15, 2013;*

d.     All Supplemental Disclosures *January 15, 2014*

    e.      Inspection of the Premises – *November 8, 2013*

    f.      Expert Designation *December 15, 2013*

    g.      Expert Rebuttal Designation *January 15, 2014*

    h.      Expert Deposition Deadline *February 15 , 2014*

    i.      Dispositive Motion Deadline

*Forty Five days after expiration of the latest of the Discovery dates herein inclusive of Section 5(a).*

Dated:  October 4th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge