IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

      Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

      Defendants.

_____

### ORDER GRANTING MOTION TO RESTRICT
_____

      Upon review of the Unopposed Motion to Restrict Exhibit "6" to Plaintiff's Motion to Compel Discovery [49] filed October 10, 2013, it is

      ORDERED that the motion is granted and public access to Exhibit 6 to Plaintiff's Motion to Compel Discovery is restricted at Level 1.

      Dated:   October 11th, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge