IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

     Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

     Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing today, it is

ORDERED that a pretrial conference is scheduled for **May 2, 2014, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 24, 2014.** The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.

Dated:  February 11th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge