**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    February 11, 2014
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 12-cv-00928-RPM

VRC, LLC.,
a Colorado Limited Liability Company,                              Kerry H. Wallace

         Plaintiff,
v.

RCR Vail, LLC.,                                                    Annie T. Kao
a Colorado Limited Liability Company,                              Laura M. Sturges
LARRY PETERSON,                                                    Todd D. Zumbrennen
an individual residing in Colorado and                             Curtis W. Shortridge
SILFER, SMITH & FRAMPTON / VAIL ASSOCIATES REAL ESTATE, LLC.,
a Delaware Limited Liability Company,

         Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions to Compel**

**1:57 p.m.        Court in session.**

Defendant Peterson present.

Court's preliminary remarks.

2:00 p.m.        Argument by Ms. Wallace.

**ORDERED:    Plaintiff's Motion to Compel [44], is denied.**

2:09 p.m.        Argument by Mr. Zumbrennen.

**ORDERED:    Defendant Silfer, Smith & Frampton / Vail Associates Real Estate, LLC and Larry**
**              Peterson's Motion to Compel [55], is denied.**

Discussion regarding remaining discovery needed and scheduling.

**ORDERED:    Pretrial conference set May 2, 2014 at 10:00 a.m.**
**              Two additional depositions permitted as stated on record.**

**3:18 p.m.        Court in recess.**   Hearing concluded.  Total time: 21  min.