IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

    Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

    Defendants.

_____

ORDER VACATING PRETRIAL CONFERENCE
_____

Upon review of the Stipulated Joint Motion to Vacate Pretrial Conference to Allow Pretrial Conference to Occur After Determination of Dispositive Motions [64], it is

ORDERED that the May 2, 2014, pretrial trial conference is vacated.

Dated:   April 23rd, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge