**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                October 7, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-00928-RPM

VRC, LLC.,
a Colorado Limited Liability Company,                                    Kerry H. Wallace

      Plaintiff,
v.

RCR Vail, LLC.,                                                          Annie T. Kao
a Colorado Limited Liability Company,
LARRY PETERSON,                                                          Curtis W. Shortridge
an individual residing in Colorado and
SILFER, SMITH & FRAMPTON / VAIL ASSOCIATES REAL ESTATE, LLC.,
a Delaware Limited Liability Company,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment**

**2:00 p.m.      Court in session.**

Defendant Peterson present.

Court's preliminary remarks.

**ORDERED:    Plaintiff's First Claim for Relief Violation of 15 U.S.C.S. §1703 (a)(2)(D) of the Interstate Land Sales Full Disclosure Act vs. RCR Vail is dismissed as barred by the statute of limitations.**

             **Plaintiff's Tenth, Eleventh and Twelfth Claims for Relief for Violations of C.R.S. 6-1-105(1)(e), (i) and (u) of the Colorado Consumer Protection Act vs. RCR Vail, are dismissed as failure to show significant public impact.**

2:05 p.m.       Argument by Mr. Shortridge [67].

Court's comments regarding partial summary judgment.

2:07 p.m.       Argument by Ms. Kao [67].

October 7, 2014
12-cv-00928-RPM

2:34 p.m.          Argument by Ms. Wallace.

2:51 p.m.          Rebuttal argument by Ms. Kao

Statements by Mr. Shortridge

**ORDERED:**   **Defendants Slifer Smith and Frampton – Vail Associates  Real Estate, LLC and Larry Peterson's Motion for Partial Summary Judgment [66], is taken under advisement.**

**Defendant RCR Vail, LLC's Motion for Summary Judgment [67], is taken under advisement with respect to claims two through nine and thirteen through sixteen.**

**2:55 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 55 min.