IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

      Plaintiff,

v.

RCR Vail, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

      Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Pursuant to the Notice of Settlement [Doc. 85], the May 28, 2015, pretrial conference and the deadline for submitting a proposed pretrial order are vacated.  The parties shall file a joint stipulation for dismissal with prejudice of all claims on or before August 5, 2015.

DATED:   May 22, 2015