IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00928-RPM

VRC, LLC,

    Plaintiff,

v.

RCR VAIL, LLC,
LARRY PETERSON, and
SLIFER, SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC,

    Defendants.

_____

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on the Stipulation For Dismissal With Prejudice signed by counsel for all parties. Based on my review of the stipulation, I find that it should be approved pursuant to Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED that the within action is hereby DISMISSED WITH PREJUDICE, as to all claims which were raised, sought to be raised, or which could have been raised by any party in this case, each party to bear his or its own court costs, mediation fees, and attorney fees.

It is further ORDERED that counsel for all parties are hereby authorized, but not required, to destroy all deposition transcripts no sooner than one (1) year after the date of this Order.

Dated: July 14th, 2015

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge